AKRON BAR ASSOCIATION *v.* JAYNES.

[Cite as Akron Bar Assn. *v.* Jaynes (1990), 53 Ohio St. 3d 9.]

(No. 90-402—Submitted April 11, 1990—Decided August 1, 1990.)

10

*Brouse & McDowell Co., L.P.A.,* *Linda B. Kersker, Stanley A. Samad,* *Emershaw, Mushkat, Ostreicher & Schneier, George J. Emershaw* and *Howard J. Walton,* for relator.

*Per Curiam.* Having thoroughly reviewed the record, we concur in the board's findings of misconduct and its recommendation. Therefore, we order that respondent be suspended from the practice of law in Ohio for an indefinite period. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.